UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PELEUS INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>     -against-<br><br>STRUCTURELINE INC. and ANGEL C. TACURI BRITO,<br><br>                              Defendant. | **MEMORANDUM AND ORDER**<br>Case No. 1:23-cv-1223 (FB) (RML) |

**BLOCK, Senior District Judge:**

Magistrate Judge Levy issued a report and recommendation ("R&R") recommending that a default judgment be entered in this case, granting Peleus Insurance Company its requested declaratory judgment. The R&R gave the parties 14 days to file objections and warned that "[f]ailure to file objections within the specified time waives the right to judicial review." R&R at 6. It was served by regular mail and e-mail on December 1, 2025, making objections due on December 18, 2025. *See* Fed. R. Civ. P. 6(d). No objections have been filed.

Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of

further judicial review of the magistrate's decision."). The Court will, however, excuse the failure to object and conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R, so the Court adopts it without de novo review. Accordingly, the Clerk shall enter judgment declaring that Peleus Insurance Company does not have a contractual duty to defend or indemnify Structureline Inc. in connection with the case entitled *Angel C. Tacuri Brito v. Noa-Lior LLC and Structureline Inc.*, Index No. 803418/2021E, in New York State Supreme Court, Bronx County.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_/S/ Frederic Block_____
　　　　　　　　　　　　　　　　　　　　　　　FREDERIC BLOCK
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Brooklyn, New York
February 2, 2026

2